**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARA REICHEL, an individual, and PETER MILLS, an individual,<br><br>              Plaintiffs,<br><br>       v.<br><br>ELIZABETH COBBS, an individual,<br><br>              Defendant. | Case No.<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR DECLARATORY JUDGMENT**

1.      For over a century, a group of brave women who served this country were largely forgotten and ignored.  But thanks to the efforts of artists, playwrights, and historians, the story of the "Hello Girls," young women who volunteered to serve in World War I, is beginning to reach to the audience it deserves.  This case is about two of the artists who have brought the Hello Girls' story back to life.

2.      In November 1917, the Western Front of World War I was a brutal and bloody stalemate.  The United States had entered the war in April, but the American Expeditionary Forces were only just arriving to the front lines.  General John Pershing quickly realized how vital communications could be to the war effort.  On November 8, 1917, General Pershing asked the Department of War to send him telephone operators who could speak both English and French.

3.      Thousands of women answered the call and applied.  The first unit was deployed to Europe in 1918.  These women, mostly in their early twenties, served in the Army Signal Corps and were colloquially referred to as the "Hello Girls."  The Hello Girls' contributions to the logistical efforts were so valuable that by September 1918 General Pershing recruited another one hundred and thirty operators and requested even more.

4.    The Hello Girls, often operating close to the front lines, became a crucial element of the Allied Powers' advance and helped the American Expeditionary Forces turn the tide of the Great War.  The Hello Girls remained an essential part of the U.S. Army's logistics in Europe after the Armistice; the last Hello Girl did not conclude her service in Europe until 1920.

5.    Despite these invaluable contributions to their country, the Hello Girls were largely forgotten until recently.  They were not recognized as "veterans" until 1977, and they would only receive their deserved Congressional Gold Medal in 2024.  This belated recognition arose in part because of those who worked to bring the Hello Girls' story to broader audiences.

6.    Two theater artists, Cara Reichel and Peter Mills, staged *The Hello Girls* Musical in 2018.  Ms. Reichel is a New York City-based theatrical director, writer, and producer.  She is the Producing Artistic Director of Prospect Theater Company, which she co-founded in 1998, and is a leader in the field of new musical theater development.  Mr. Mills is a critically acclaimed composer and lyricist working in musical theater.  He has taught musical theater writing at Princeton University and New York University.

7.    While the Musical was first staged in 2018, Ms. Reichel and Mr. Mills began their work on it in April 2016.  While researching the Hello Girls, Ms. Reichel and Mr. Mills came across Dr. Elizabeth Cobbs' 2017 historical account, *The Hello Girls: America's First Women Soldiers*.  Although Ms. Reichel and Mr. Mills used Dr. Cobbs' history to learn facts about the Hello Girls, they did not copy any of Dr. Cobbs' protectable expression in her work.

8.    Dr. Cobbs was an enthusiastic supporter of *The Hello Girls* Musical after seeing it on stage in 2018.  And being both grateful for Dr. Cobbs' work and sharing the goal of raising awareness of this important history so that the Hello Girls could receive the recognition the entire country owes them, Ms. Reichel and Mr. Mills promised Dr. Cobbs that they would express their appreciation to Dr. Cobbs in the program and website for the  stage production of the musical, to make sure that others would know about Dr. Cobbs' work.

9.    In 2024, Ms. Reichel and Mr. Mills were approached about another theatrical run for *The Hello Girls* Musical.  Although Ms. Reichel and Mr. Mills assured the producer that their

work was entirely their own, the producer asked them to approach Dr. Cobbs to make sure that she would not assert a copyright claim against them, no matter how dubious.  Dr. Cobbs refused and demanded that Ms. Reichel and Mr. Mills give her an ongoing royalty in *The Hello Girls* Musical.

10.    Ms. Reichel and Mr. Mills would not agree to that.  Although they offered to continue acknowledging Cobbs as an inspiration and to help promote her work on the history of the Hello Girls, they could not meet Dr. Cobbs' demands for money, nor should they, as they have committed no acts of copyright infringement.  Through her attorney, Dr. Cobbs also said that should Ms. Reichel and Mr. Mills attempt to stage commercial productions of *The Hello Girls* Musical, she would tell producers and theaters that the work infringed her book.  Ms. Reichel and Mr. Mills, through counsel, tried to negotiate a mutually beneficial solution, but could not meet Dr. Cobbs's demands.  After negotiations failed, Ms. Reichel and Mr. Mills reluctantly bring this action for declaratory judgment, so that they can continue to promote the story of the Hello Girls without the looming threat of a spurious lawsuit undermining the performances that they are now working to set up and promote.

## THE PARTIES

11.    Plaintiff Peter Mills is an individual residing in New York, New York.  Mr. Mills wrote the lyrics, music, and libretto for *The Hello Girls* Musical.

12.    Plaintiff Cara Reichel is an individual residing in New York, New York.  Ms. Reichel co- authored *The Hello Girls* Musical libretto with Mr. Mills.

13.    Upon information and belief, Defendant Dr. Elizabeth Cobbs is an individual residing in San Diego, California.  Upon information and belief, Defendant Dr. Cobbs asserts an ownership interest in a copyright of the book *The Hello Girls: America's First Women Soldiers* (ISBN 9780674971479) ("The Hello Girls Book"), published April 6, 2017.  A true and correct copy of the copyright registration for The Hello Girls Book (Registration Number TX 8-426-016; Effective Date of Registration: July 5, 2017) is attached to this Complaint as Exhibit 1.

14.     Visual and audio recordings of performances of *The Hello Girls* Musical are available,[1] as are the lyrics, music, and libretto, and are incorporated into this Complaint by reference.

## JURISDICTION, STANDING, AND VENUE

15.     This Court has subject-matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338 because it is an action for declaratory judgment arising under the United States Copyright Act of 1976, 17 U.S.C. § 101 *et seq*. ("Copyright Act") and 28 U.S.C. §§ 2201 and 2202 ("Declaratory Judgment Act").

16.     Plaintiffs have standing to bring this declaratory judgment action because there is a substantial controversy between Plaintiffs and Defendants and Plaintiffs have a reasonable apprehension of suit alleging copyright infringement by Defendant.

17.     The Court has personal jurisdiction over Defendant Dr. Cobbs because she has wrongfully asserted infringement claims against Plaintiffs in the Southern District of New York. Dr. Cobbs attended a performance of *The Hello Girls* Musical in New York, and Dr. Cobbs' false assertions of copyright infringement were and are directed at Plaintiffs in this District and are intended to interfere with and prohibit further performances of *The Hello Girls* Musical, including ones in this District.  Dr. Cobbs has regularly promoted her book in this District, appeared at a performance of *The Hello Girls* Musical to give a post-show discussion within this District, and has appeared at or participated in other events related to *The Hello Girls* Musical or The Hello Girls Book within this District.

18.     The relief sought is available under the Declaratory Judgment Act, 28 U.S.C. § 2201(a).

19.     Venue is proper in the Southern District of New York under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Plaintiffs' claims has occurred and will continue to occur in the Southern District of New York.

---

[1] An archival video of a performance is stored at https://vimeo.com/325089223?share=copy, under password protection.

## FACTUAL ALLEGATIONS

20.     The Hello Girls' invaluable contributions supporting the Allied Powers from 1917 to 1920 are an important part of history, and the Hello Girls' factual story was largely forgotten for many years.

21.     Recently, artists and historians helped bring the Hello Girls' story to broader audiences, raising awareness of their story and advocating for the Hello Girls to finally receive their deserved Congressional Gold Medal in December 2024.

### Inspiration and Research for the Musical

22.     In April 2016, Ms. Reichel and Mr. Mills submitted a proposal to Montclair State University's artist-in-residence program, New Works Initiative, to create a musical based on the Hello Girls, an underrepresented group of women that helped the United States Military in World War I.  Ms. Reichel and Mr. Mills were inspired by the history and these women's fight for equality and recognition, paving the way for future generations, and had been researching the Hello Girls before they applied for this grant.

23.     On July 15, 2016, Ms. Reichel and Mr. Mills, through Prospect Theater Company, Inc., d/b/a Prospect Musicals ("Prospect") a 501(c)(3) non-profit organization, submitted an application for a National Endowment for the Arts Grant based on the idea for this script about the Hello Girls.  They were notified they received the grant on May 9, 2017.

24.     The National Endowment for the Arts is committed to supporting excellent arts projects for the benefit of all.  Their grants provide funding for public engagement with the arts and arts education, for the integration of the arts with strategies promoting the health and well-being of people and communities, and for the improvement of overall capacity and capabilities within the arts sector.

25.     Ms. Reichel and Mr. Mills conducted extensive research for this project.  They researched multiple articles, journals, books, Bell Telephone's newsletters that covered the stories of the Hello Girls and even reviewed the diary of Grace Banker (one of the telephone operators

who served during World War I as a chief operator of the American Expeditionary Forces in the U.S. Army Signal Corps and led a team of Hello Girls).

26.     In September 2018, Ms. Reichel and Mr. Mills also visited the AT&T Archives and History Center, which holds a vast collection of materials documenting the history of AT&T and its predecessor companies, including materials documenting the history and work of the Hello Girls.

### Dr. Cobbs' Book

27.     While doing research for their production, Ms. Reichel and Mr. Mills found *The Hello Girls: America's First Women Soldiers,* a book written by Dr. Elizabeth Cobbs and first published on April 6, 2017.

28.     Dr. Cobbs is a historian.  She previously held the position of Melbern G. Glasscock Chair in American History at Texas A&M University.

29.     While continuing their research, Ms. Reichel and Mr. Mills ordered Dr. Cobbs' book in June 2017 and found that her book contained additional historical information that Ms. Reichel and Mr. Mills found interesting and thought of it as a good additional resource for their project.

30.     Dr. Cobbs' *The Hello Girls* is a historical account.  It includes 711 footnotes to Dr. Cobbs' sources for the facts in her book.

31.     Ms. Reichel and Mr. Mills reached out to Dr. Cobbs through her website sometime in 2018.  They explained that they were writing a musical about the Hello Girls, mentioned the idea of Dr. Cobbs attending a performance of the musical and taking part in a "talkback" discussion after the show.

32.     Dr. Cobbs introduced Ms. Reichel and Mr. Mills to Carolyn Timbie, Grace Banker's granddaughter, who gave Ms. Reichel and Mr. Mills access to Grace Banker's diary, which Dr. Cobbs also references in her book.  Ms. Reichel and Mr. Mills incorporated quotes and ideas from Ms. Banker's diary into their musical.

**The Musical**

33.    Ms. Reichel and Mr. Mills co-authored *The Hello Girls* Musical's libretto, and Mr. Mills also wrote the lyrics and music.

34.    On November 13, 2018, *The Hello Girls* Musical opened for preview performances in New York, New York at the 59E59 Theaters.  The official opening debut was on December 2, 2018.

35.    The musical was praised for its engaging story, strong characters, and ability to blend history with compelling musical theater.

36.    The New York Times reported that *The Hello Girls* Musical was:

> *"**THRILLING... SMART, HUMAN** and sardonically feminist, with a lively ragtime-and-jazz score... there is a palpable sense of filling in an important blank: showing an adventurous female presence in the war story we thought we knew... It boasts **AN EXCELLENT CAST** of actor-musicians who have a multitasking ease as they play the instruments scattered around Lianne Arnold's clever, giant-pegboard set. A handsomely designed production, it also sounds **TERRIFIC**."*

Laura Collins-Hughes *Review: The Hello Girls' Answered the Call in World War I*, N.Y. Times, Dec. 2, 2018, https://www.nytimes.com/2018/12/02/theater/the-hello-girls-review.html.

37.    Ms. Reichel and Mr. Mills made sure to openly praise Dr. Cobbs' work and promote her book along with the musical.  The program for this first performance included "For more

detailed historic information, we recommend Elizabeth Cobbs' book, The Hello Girls," as shown below in Figure 1:



**Figure 1**.

38.    *The Hello Girls* Musical relies on historical facts about the women who were a part of the U.S. Army Signal Corps in World War I to present a creative theatrical work.  While the work relies on historical facts, as a musical, it also takes artistic liberties with historical details appearing in fictionalized, non-historical form, and at times combines the history or roles of individuals or creates entirely new characters for a musical stage performance.

39.    Ms. Reichel and Mr. Mills reviewed many other resources when writing *The Hello Girls* Musical.  Because the Musical is based on historical facts, it naturally includes facts that can be found in historical works about the Hello Girls.  But it also includes creative inventions from Ms. Reichel and Mr. Mills. And it incorporates facts from resources other than The Hello Girls Book—details not found in Dr. Cobbs's work.

**The Relationship with Dr. Cobbs**

40.    In early December 2018, Dr. Cobbs came to New York to see the production of *The Hello Girls* Musical at the 59E59 Theaters.  Prospect invited Dr. Cobbs to be a guest at a post-show discussion, where she discussed the real Hello Girls' history as compared to the Musical.

41.    In January 2019, Dr. Cobbs told Ms. Reichel: "I've turned into a gushing groupee of your musical and can't wait to see what happens next."  Exhibit 2 at 2.

42.    Dr. Cobbs continued these accolades and started including comments such as "Wouldn't it be good news if your glorious creation made it big?  It should!" and "The show really does deserve to be on Broadway.  I have my fingers crossed that one day soon I'll see YOUR names in lights."  Exhibit 3 at 1; Exhibit 4 at 2.

43.    In November 2019, *The Hello Girls* Musical performed a one-hour concert of songs at the Kennedy Center.  The performance was livestreamed on YouTube.  Following the performance, Dr. Cobbs emailed Ms. Reichel and Mr. Mills complaining that they did not acknowledge her book on the livestream.  She stated that "I was honored to help inspire your magnificent work, and happy for your success.  But more respect is due my contribution.  Lin Manuel-Miranda paid Ron Chernow significant royalties for the use of his work--less groundbreaking than mine.  I would appreciate at least recognition going forward."  Exhibit 4 at 1-2.

44.    Ms. Reichel and Mr. Mills responded to Dr. Cobbs, apologizing that due to their limited time, it did not occur to them that their brief comments before the show "would be in essence the 'program' for the show living on the web, rather than a one night thank you to those people present who helped make that particular event happen."  *Id.*  They "certainly did not intend to overlook the importance of [her] research in any way[.]"  *Id.*

45.    Ms. Reichel and Mr. Mills also offered to add an acknowledgment of Dr. Cobbs' work to the website and program for the Musical.  Dr. Cobbs suggested using the word "based." *Id.* at 2.  But after Ms. Reichel and Mr. Mills clarified that they began work on the musical before Dr. Cobbs' book was published, Dr. Cobbs stated, "I see your point.  'Inspired' and 'Based' both miss the target slightly" and suggested "[h]ow about, 'With Inspiration From *The Hello Girls* by *Elizabeth Cobbs*'?"  *Id.* at 3.  She also stated, "This helps get around the implication that the play was inspired <u>by</u> the book--***which it clearly wasn't.***  You got going on before Harvard released it.

But, you drew inspiration from the book, which must have filled in some of the gaps in your knowledge . . . ." *Id.* (emphasis added).

46.    Ms. Reichel, Mr. Mills, and Dr. Cobbs ultimately decided on the following: "With Inspiration From The Hello Girls by Elizabeth Cobbs." *Id.* at 4.

47.    On December 5, 2019, Ms. Reichel, Mr. Mills, and Dr. Cobbs drafted a simple joint letter to include an attribution to Dr. Cobbs for the inspiration from her book.  The letter states:

> Mills & Reichel shall, as lies within their control, include the following credit in all programs of productions of their musical as well as the website for the musical:
>
> "With Inspiration from THE HELLO GIRLS by Elizabeth Cobbs, © 2017.  All Rights Reserved."

A copy of this letter is attached as Exhibit 5.

48.    Ms. Reichel and Mr. Mills signed the letter on December 9, 2019, and Dr. Cobbs signed the letter on December 12, 2019.  *Id.*

49.    The letter does not include any promises from Dr. Cobbs or any other consideration for Ms. Reichel and Mr. Mills's promise.  *See id.*

50.    On the same day, Dr. Cobbs both stated that she "wish[ed] to clarify that if the musical goes into other iterations on film or whatever, I would like to discuss some form of compensation for the rights."  Exhibit 3 at 1.  She admitted however that she was "aware rights are more limited for nonfiction than fiction" and "respect[s] the extraordinary artistry [Cara] and Peter brought to the musical, but . . . also recognize[s] [her] work helped to flesh out the story."  *Id.*

51.    In May 2020, Ms. Reichel, Mr. Mills, and Dr. Cobbs worked together with the World War I Centennial Commission as part of the effort to spread the word about the Hello Girls' contribution.  They each participated in a presentation with the World War I Centennial Commission.  Following the presentations, Dr. Cobbs reached out to Ms. Reichel and Mr. Mills regarding photographs they used in their presentations, stating, "You also had some photos I've never seen, and of which I'm envious! . . . Would you mind sharing them both?"  Exhibit 6 at 3.

Mr. Mills provided these photographs as part of their ongoing work to help each other raise awareness of the Hello Girls and their contributions.

52.    On November 16, 2024, Ms. Reichel and Mr. Mills reached out to Dr. Cobbs to keep in touch and to let Dr. Cobbs know that they were approached by a producer who was interested in taking *The Hello Girls* Musical to Broadway as early as Fall 2025 and hopefully continuing to 2026 and 2027.  Exhibit 7 at 1-2.

53.    In preparation for a chance at Broadway, the producer wanted additional documentation to make any copyright issues clear.  Ms. Reichel and Mr. Mills asked Dr. Cobbs to sign an agreement, amending the December 5, 2019 letter.  *See id.*

54.    Dr. Cobbs responded on November 18, 2024 saying that she was "thrilled" for them, and she "would love to help make this possible."  *Id.* at 1.  Dr. Cobbs stated that she "would appreciate some sort of formal acknowledgement but also do[es]n't want to cost [them] any money."  *Id.*  She also stated "not to worry about Harvard or the copyright" and that "[w]hat matters to [her] is the audience learning of [her] book."  *Id.*

55.    On January 10, 2025, Ms. Reichel and Mr. Mills reached out to Dr. Cobbs to celebrate the Hello Girls Receiving Congressional Gold Medal of Honor and to provide the draft agreement.  Exhibit 8.

56.    The draft agreement offered consideration of $1.00 in return for the following agreement:

> 1. You have no ownership or interest in the copyright and/or other intellectual property or interest of any other kind in or to the Musical and undertake not to assert or otherwise bring any claim with respect to the ownership of any element of the Musical; and
>
> 2. You agree for the avoidance of doubt that we will not be obliged to include the credit for your original book, also titled THE HELLO GIRLS, that is referenced in the Original Letter, when productions of the Musical are presented by third parties under licence from us.

*Id.*  Ms. Reichel and Mr. Mills also offered: "We continue to have a deep appreciation for your work in bringing the history of the Hello Girls to light.  When possible, we will include a thank you in the program/playbill." *Id.*

57.     On February 20, 2025, Dr. Cobbs emailed Ms. Reichel and Mr. Mills stating that since she saw the production in 2018, she thought that "many of [the] scenes, characters, and themes followed the facts established in [her] book quite precisely."  Exhibit 9 at 3.  Dr. Cobbs took care to point out the research and facts she included in her book that she alleges are also present in *The Hello Girls* Musical.  *See id.* at 3-4.  Dr. Cobbs then left this discussion with a veiled threat: "I hope we can arrive at a customary underlying rights arrangement so that I can avoid challenging your production plans.  I am a supporter, and wish to remain so." *Id.* at 4.

58.     In this email, Dr. Cobbs included some examples of "facts established in [her] book." *Id.* at 3.  An example of these "facts" are listed below along with a comparison to the text of Dr. Cobbs' book and *The Hello Girls* Musical script:

| Cobbs' Contention | Quote from Cobbs' Book | Quote from Script |
|---|---|---|
| Grace Banker reveals, "I was a double major-- French and History." (pp. 11/114/329: info obtained from Barnard College Archives, NYC) | Banker had double- majored in history and French, which may be why she kept a diary— against regulations—to document an adventure that set a precedent for all American women. p. 114 | **GRACE:** That was a terrible idea. **SUZANNE:** But this isn't. *Tu dois avoir la foi, mon amie...* **GRACE:** I must have the goose liver? **SUZANNE:** Not foie gras... *la foi*!  Didn't you major in French? **GRACE:** Actually, I was a double major — French and History p. 10-11 |
| The character of Wessen, "a reservist." (pp. 12/76/322: info from correspondence files of Merle Egan in private possession of Mark Hough, Seattle, later accessioned by the | Wessen was an idiosyncratic collector of rare books, who made his first literary acquisition with the $2 his father gave him for new shoes.  Unschooled in government protocol, the imaginative reservist found out within the week that he | **RISER:** Have you ever been under fire, Wessen? **WESSEN:** Well, I'm a reservist, so I haven't had the occasion to— p. 12 |

| Cobbs' Contention | Quote from Cobbs' Book | Quote from Script |
|---|---|---|
| National World War One Museum in Kansas City) | had offended superiors up and down the chain of command. p. 76 | |
| Discussion of "civilian contractors," 26 million phone calls, and 33 women who survived to receive recognition: (pp. 121-123/160, 301: Chief Signal Officer Report, National Archives, DC branch; Hough correspondence 1977, Seattle; US Army Records at NARA in College Park, File Group 111; and, U.S. Senate Hearings, 1977) | By November 11, the Signal Corps was averaging 4,000 toll and 150,000 local calls every day. By war's end, they had connected more than 26 million calls.<br><br>p. 160 | **SUZANNE:** After the war was over – after they came home and were told that they weren't veterans – a group of the women decided to keep fighting.<br><br>**BERTHA:** They began a legal battle with the US Government that lasted for 60 years, persisting, working to have their role in the war acknowledged equally with the men's.<br><br>**HELEN:** The Hello Girls connected some 26 million calls during their service.<br><br>**SUZANNE:** Finally, in 1977, the Hello Girls were granted veterans' status by the US Congress.<br><br>**HELEN:** Of the 223 women who served overseas, only 33 survived to receive their honorable discharge papers.<br><br>p. 122-123 |

59.     On March 4, 2025, Ms. Reichel and Mr. Mills responded, stating they were surprised to receive this tenor of email since Dr. Cobbs first saw the musical in 2018 and is only raising the concerns more than *six years later. See* Exhibit 9 at 1.  They pointed out to Dr. Cobbs that she points to facts in her book that are not copyrightable. *Id.*  Ultimately, "[b]ased on the above reasons, [Ms. Reichel and Mr. Mills] do not agree that [they] need to license any rights from your non-fiction book, <u>The Hello Girls</u>, for [their] musical, *The Hello Girls*." *Id.* at 2.  However,

they "have always been committed to uplifting [Dr. Cobbs'] book and the extraordinary work [she] [has] done to share the history of the women of the Army Signal Corps." *Id.* They pointed to the Letter of Agreement signed in 2019 to give credit to Dr. Cobbs for the inspiration her book provided. *See id.* They stated that their "intent to honor [Dr. Cobbs'] work hasn't changed, and [they] hope to have many more opportunities to do so, and to share this important history which [they] all care about deeply." *Id.*

60.    In response, on March 6, 2025, Dr. Cobbs stated: "Why are we talking about this seven years later?  You are now proposing a for-profit, commercial production, and I have been advised that I do have intellectual property rights."  Exhibit 10 at 1.  She left the communication with: "If you choose to proceed without me, I will be pursuing my rights and, out of necessity, be in touch with all venues that announce intentions to produce your play." *Id.*

61.    The conversations continued through additional letters and discussions between attorneys.  Ultimately, Dr. Cobbs maintained that she should be owed royalties.  Ms. Reichel and Mr. Mills do not agree and do not think they should have to pay any royalties because their work does not infringe any enforceable copyrighted work.

62.    In a letter dated April 15, 2025, Dr. Cobbs' counsel stated Dr. Cobbs' demand that "(i) in all programs and publicity where you are credited, providing Ms. Cobbs with the credit 'Based on the book THE HELLO GIRLS by Elizabeth Cobbs'; (ii) selling copies of the Book at all performances of the Musical where related merchandise is offered for sale; and (iii) paying Ms. Cobbs a percentage of gross revenues from exploitations of the Musical and derivatives thereof." Exhibit 11 at 2-3.

63.     Ms. Reichel and Mr. Mills responded through their counsel on May 13, 2025 that they do not agree that Dr. Cobbs is due any revenue from *The Hello Girls* Musical, but were otherwise willing to discuss opportunities outlined in Dr. Cobbs' letter.  *See* Exhibit 12 at 1-2.

64.     Dr. Cobbs responded on May 27, 2025.  She repeated her earlier demand from the April 15, 2025 letter and claimed that any further exploitation of the Musical will be seen as "willful infringement" of Dr. Cobbs' copyright interest and if they proceed to do so, Dr. Cobbs threatened that she will "enforce her rights, notify relevant third-parties of her claims (e.g., those potentially liable for contributory and/or vicarious copyright infringement), and pursue available remedies."  Exhibit 13 at 2-3.

65.     Ms. Reichel and Mr. Mills relied on historical information for *The Hello Girls* Musical.  As a work of primarily historical context, it consists of historical facts and interpretations of historical events.  These historical facts and interpretations are not copyrightable.

66.     Ms. Reichel and Mr. Mills did not take any more than a *de minimis* amount of any potentially copyrightable material from The Hello Girls Book that is incorporated into *The Hello Girls* Musical.  Ms. Reichel and Mr. Mills had the right to avail themselves of historical facts in the resources they reviewed as part of their research and use in their script, lyrics, and performance.

67.     Ms. Reichel and Mr. Mills are still hoping to continue having a productive relationship with Dr. Cobbs.  They have spent years corresponding with her, sharing knowledge, and helping promote her book—and most importantly—the history of the Hello Girls.  They do not want to lose the opportunity to continue spreading the message of these women.

68.     There exists a justiciable controversy regarding Plaintiffs' right to perform their artistic work and bring this important story to the broader public through Broadway, free of any

threatened or existing allegation by Defendant that such conduct constitutes an infringement of any copyright owned by Defendant.

69.     Dr. Cobbs' demands in her April 15, 2025 and May 27, 2025 letters regarding Plaintiffs' lawful use of the Hello Girls' factual story, over which Dr. Cobbs has no copyright interest, amounts to an improper attempt to extend any purported limited control Dr. Cobbs may have in the original expression contained in her The Hello Girls Book to a broad monopoly over the Hello Girls' factual story.  This is contrary to the law and public policy.

**FIRST CAUSE OF ACTION**
**(Declaratory Judgment: Non-Infringement of Copyright)**

70.     Plaintiffs re-allege and incorporate each and every foregoing paragraph as though fully set forth herein.

71.     Plaintiffs Reichel and Mr. Mills' *The Hello Girls* Musical does not infringe any valid and enforceable copyright in Dr. Cobbs' The Hello Girls Book.

72.     Any similarities between *The Hello Girls* Musical and The Hello Girls Book could not constitute copyright infringement, as the elements purportedly copied are either not copyrightable or are protected by, at the very least, the doctrines of merger, *scenes à faire*, fair use, or others.

73.     An actual justiciable controversy of sufficient immediacy exists as to whether *The Hello Girls* Musical infringes any copyright owned by the Defendant.

74.     Plaintiffs are entitled to declaratory judgment that their *The Hello Girls* Musical is not infringing, has not infringed, and is not liable for infringing any valid copyright owned by Defendant relating to The Hello Girls Book.

**PRAYER FOR RELIEF**

WHEREFORE Plaintiffs seek judgment awarding it the following relief:

    a)      An order declaring that Plaintiffs do not infringe any valid copyright owned by Defendant relating to The Hello Girls Book;

16

b)      An order declaring that any alleged use by Plaintiffs of the historical facts surrounding the Hello Girls history in their script and performances of *The Hello Girls* Musical is privileged under, and protected by, the Fair Use Doctrine;

c)      An order enjoining Defendant from asserting any alleged copyrights against Plaintiffs in connection with *The Hello Girls* Musical;

d)      An order awarding attorneys' fees, costs, and expenses incurred in connection with this action under 17 U.S.C. § 505; and

e)      An order awarding such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiffs demand a trial by jury as to all issues so triable.

Dated: August 12, 2025

Respectfully submitted,

CROWELL & MORING LLP

By: _s/ Preetha Chakrabarti_____

Preetha Chakrabarti
Glen G. McGorty
Joachim B. Steinberg
Two Manhattan West, 375 9th Ave.
New York, NY 10001
(212) 223-4000

Elissa N. Tenenbaum
*(pro hac vice application forthcoming)*
455 N Cityfront Plaza Dr, Suite 3600
Chicago, IL 60611
(312) 321-4200

*Attorneys for Plaintiffs*