# EXHIBIT 9

**From:** Cara Reichel <caraloelle@aol.com>
**To:** Peter Mills <petemills2@gmail.com>; Elizabeth Cobbs <cobbs@tamu.edu>
**Cc:** Mark D. Sendroff <msendroff@sendroffbaruch.com>; Barry Krost <barry@barrykrost.net>;
susan@gurmanagency.com <susan@gurmanagency.com>
**Sent:** Tuesday, March 4, 2025 at 12:06:51 PM EST
**Subject:** Re: Reliance of HG Musical on Original Book by Cobbs

Dear Lisa,

We hope this finds you doing well! I'm sorry it has taken us a moment to reply, but Pete and I are writing to respond thoughtfully and respectfully to your February 20, 2025 email below.   We were surprised to receive your email because as you acknowledge, you first saw *The Hello Girls* musical in 2018 and are only now—well over six years later—raising these concerns.

We are also surprised because you have never claimed to hold an exclusive right to any of the facts used in the musical. Your email emphasizes the work that you put in to discover facts, including your research trips to review source material. While we are hugely grateful for the role you have played in bringing the "Hello Girls" stories to light – and we have consistently recognized your efforts and work – no one is allowed to copyright facts. Nor is the amount of work done a measure of copyright.

One example in your email, which illustrates this clearly, is that the character Wessen was a "reservist." As you acknowledge in the email, you learned this from another source, rather than creating it yourself. In other words, that Wessen was a reservist is not your creative expression, but a historical fact, and one which others are allowed to make use of.

Just as you drew historical information from other sources, we did the same when writing *The Hello Girls* musical. We relied on numerous primary sources, including Bell Telephone publications, Grace Banker's diary (a copy of which was provided to us by Carolyn Timbie, with permission from her father) and documents and artifacts viewed on a visit to AT&T's Historical Archives.

For many of the facts that you say only appear in your book, we have also sourced this historical information elsewhere. As one specific example, the story you mention in point seven in your email can also be found in Susan Zeiger's book *In Uncle Sam's Service* published in 1999, which details the same firsthand account told by Grace Banker. There are also other published and online sources which share Louise LeBreton's firsthand accounts of her underage status and protocol breach (Lettie Gavin's 1997 *They Also Served*, and "J'Ecoute…" on Eric Saul's website.)

*The Hello Girls* musical also includes scenes, dialogue, and characters that differ from the historical record for creative reasons. We took artistic liberties with historical facts to create a cohesive narrative for the work. For example, you wrote that "the person of Riser himself" is "otherwise unmentioned anywhere." Lieutenant J. W. Riser is a historical figure that was discussed in your book. Our character, Lieutenant Joseph W. Riser, is distinct from the historical figure J. W. (James William) Riser. While both the historical and imagined Lieutenant Risers were present at Chaumont, our character Lieutenant Riser was also present at recruitment, training, the Atlantic crossing, Paris,

1

and the front—which is not true of the historical figure you wrote about, who is also mentioned in Grace Banker's diary. Many aspects of the character of our Lieutenant Riser were inspired by other historical figures, including Lieutenant Ernest Wessen and Colonel Parker Hitt. We took inspiration from the historical facts and then created our own character, taking creative liberties throughout the process. The concept for this leading male character was present in our earliest outlines and proposals for the show in 2016.

Regarding your comments on our original song "Making History", this is also our own creative expression inspired by the facts of Grace Banker's service, the lack of recognition she and the other women received, and the arc of social progress since. These are themes addressed throughout our musical, not only in the final song.  As you demonstrate with your quoted material, the song's lyric and your conclusions are different.  The broad concept of how change happens and society progresses incrementally over time is a theme many have also put forward in other contexts.

Based on the above reasons, we do not agree that we need to license any rights from your non-fiction book, The Hello Girls, for our musical, *The Hello Girls*.

However, we have always been committed to uplifting your book and the extraordinary work you have done to share the history of the women of the Army Signal Corps. Over five years ago, in 2019, we signed a Letter of Agreement to give credit to you for the inspiration your book provided. Our intent to honor your work hasn't changed, and we hope to have many more opportunities to do so, and to share this important history which we all care about deeply.

We remain open to discussion about how we can best work together as we continue to share this story, while being clear about the legal copyright distinctions between our two works of the same title.

All Best,
Cara & Pete (Peter Mills)


--------

*In celebration of Prospect's 25th Year we have re-branded as **Prospect Musicals** ([www.ProspectMusicals.org](www.ProspectMusicals.org)).*

**CARA L. REICHEL**
**Producing Artistic Director, Prospect Musicals**
[Cara@ProspectMusicals.org](Cara@ProspectMusicals.org) OR [caraloelle@aol.com](caraloelle@aol.com)
*(emails feed to same account)*
[CaraReichel.com](CaraReichel.com) (Director + Writer + Educator)
she / her | cell: 646-286-7564


On Thursday, February 20, 2025 at 12:18:11 PM EST, Elizabeth Cobbs <[cobbs@tamu.edu](cobbs@tamu.edu)> wrote:


Dear Cara and Peter,

2

Hello, again! Barry Krost recommended that I contact Mark Sendroff, an attorney familiar with theatrical rights. (Barry handles film rights.) After discussions with Mark and Barry, I've come to a better understanding of the situation.

I noticed when I saw the play live on 59th in 2018 that many of your scenes, characters, and themes followed the facts established in my book quite precisely. This was confirmed for me when I obtained a copy of your script last week from Theatrical Rights Worldwide. Below are some of the instances I saw, not including additional elements drawn from the Banker diary that I located in New Hampshire, such as the death of Banker's father, the alarm clock trick on Lt. Riser, and the person of Riser himself, otherwise unmentioned anywhere in print, that I know. None of the items listed below came from Banker's diary, nor are they in the ATT archives or in Circuits of Victory, that I'm aware. The following page numbers refer to: the page in your script, the textual page in my book, and the page in my footnotes. I have hard copies of all source documents in my files. They are the result of my personal research trips to Seattle, Sausalito, St. Louis, Washington, D.C., New York City, San Antonio, Boston, and College Park, Maryland.

1) Grace Banker reveals, "I was a double major--French and History." (pp. 11/114/329: info obtained from Barnard College Archives, NYC)

2) The character of Wessen, "a reservist." (pp. 12/76/322: info from correspondence files of Merle Egan in private possession of Mark Hough, Seattle, later accessioned by the National World War One Museum in Kansas City)

3) Bertha Hunt reveals "Rube and I don't have children," and other scenes where she discusses him. (pp. 16/102/327: info from Bertha Hunt Diary in private possession of Mark Hough, Seattle)

4) Louise LeBreton lies about her age. (17/88/324: info from LeBreton "My Experiences" in possession of her nephew Matt Herron, Sausalito, and taped interview transcribed by Cobbs at Stanford)

5) Girls get in trouble (actually Unit Two) for playing piano for male soldiers while awaiting embarkation. (31/110/328: info from National Archives, College Park MD, File group 111)

6) Suzanne Prevot (the real person was Merle Egan) tells a soldier aboard ship who asks *"why are you in that uniform"*: *"The same as you, pal. We came to fight."* (pp. 34/139/332: info from Egan Memoir in possession of Matt Herron, Sausalito)

7) Banker is unsuccessfully pumped by an Army intel officer to break her: (pp. 37/106/328: info from Archives of the Army Heritage Center, Carlisle Barracks,  PA)

8) Louise LeBreton gets in trouble for breach of protocol: (pp. 57/180/336: info from various correspondence in Herron files, Sausalito)

9) Bertha Hunt's illegal diary is revealed (of which Banker was not aware). (pp. 121/108/328, Hunt Diary in Hough Files, Seattle)

10) Discussion of "civilian contractors," 26 million phone calls, and 33 women who survived to receive recognition: (pp. 121-123/160, 301: Chief Signal Officer Report, National Archives, DC branch; Hough correspondence 1977, Seattle; US Army Records at NARA in College Park, File Group 111; and, U.S. Senate Hearings, 1977)

11) Lastly, the theme of your closing number "History" strongly echoes my epilogue. Your characters sing: "the struggle has just begun . . . because of things you've done others will follow and they will go further . . we're making and shaping history. . . slowly unfolding it onward . . . With the lines of battle drawn, do you know which side you're on? . . . Every person here is making history." (pp. 123-124)

I wrote about the nature of history:

 "The experience of the Hello Girls reveals general characteristics of twentieth century reform. . . Every woman who served during World War One added momentum to the forward movement . . . all played a part . . .The battle for justice advanced . . .The pursuit of justice in one arena (or nation) tended to speed its attainment in others . . . The fight for justice continues." (pp. 3-4-307). Honestly, when I heard your tune sung in 2018, I thought with a thrill, "They've put my conclusion to music!"

Based on the above, I hope we can arrive at a customary underlying rights arrangement so that I can avoid challenging your production plans. I am a supporter, and wish to remain so.

With sincere respect, as always,

Lisa

Elizabeth A. Cobbs, Ph.D.
Emerita, San Diego State University
Twitter, Facebook, Website

4



*Belknap Press ([Harvard](#)), 2023*
*Available in print and audio from all major booksellers*