# EXHIBIT 10

## My Underlying Rights in HG Musical

From:  Elizabeth Cobbs (cobbs@tamu.edu)

To:      caraloelle@aol.com; petemills2@gmail.com

Cc:      msendroff@sendroffbaruch.com; susan@gurmanagency.com; Barry@barrykrost.net

Date:   Thursday, March 6, 2025 at 02:04 PM EST

---

Dear Cara and Pete,

Thanks for your reply. As I now understand the law, a non-fiction author <u>does</u> have underlying rights if a playwright uses facts for which their only source was the author's book. Many of the facts in your play come from sources I personally discovered and made public, including the Hunt and Banker diaries, Egan correspondence, and HG military records in the National Archives. The U.S. Army Signal Corps Association awarded me the rank of Brevet Colonel precisely for unearthing a true story that had been nearly lost to posterity.

I was concerned after I saw your play in November 2018 that a great deal of material was drawn chiefly from my book. My Harvard editor, sitting in the audience, asked why I was not credited in the program, as she was deeply familiar with my pioneering research. You represented to me at the time that you were a nonprofit theatre troupe working on a tight budget. I wished to support your creative efforts, and did not have a script on which to challenge your claim that the play consisted <u>entirely</u> of material discovered by <u>you</u> in primary sources. Now that I do have a copy, I see many spots where you rely on my book. I've pointed out several and can point to more.

Why are we talking about this seven years later? You are now proposing a for-profit, commercial production, and I have been advised that I do have intellectual property rights.

If you choose to proceed without me, I will be pursuing my rights and, out of necessity, be in touch with all venues that announce intentions to produce your play.

Lisa

Elizabeth A. Cobbs, Ph.D.
Emerita, San Diego State University
[Twitter](#), [Facebook](#), [Webs](#)ite



*Belknap Press (Harvard), 2023*
*Available in print and audio from all major booksellers*