# EXHIBIT 11

April 15, 2025

14 Penn Plaza, 9th Floor
New York, NY 10122

(212) 597-2255
firegreenlaw.com

Jordan Greenberger, Esq.
jg@firegreenlaw.com

**FIRESTONE GREENBERGER**

VIA EMAIL AND FIRST-CLASS MAIL
Peter Mills and Cara Reichel
c/o Gurman Agency LLC (Attn: Susan Gurman)
14 Penn Plaza, Suite 1407
New York, NY 10122-1405
susan@gurmanagency.com

       Re:    *The Hello Girls*

Mr. Mills and Ms. Reichel,

I am a lawyer and have been engaged to represent Elizabeth (Lisa) Cobbs in connection with your January 9, 2025, letter (the "Letter") requesting that the parties amend the Letter of Agreement, dated December 5, 2019 (the "Agreement"). A copy of the Agreement is annexed hereto as Exhibit 1.

As you know, Ms. Cobbs is the author of the book entitled *The Hello Girls* (the "Book"). The 2019 Agreement requires you to provide credit to Ms. Cobbs in connection with your musical, which is also entitled *The Hello Girls* (the "Musical"). Specifically, the Agreement states: "Mills & Reichel shall, as lies within their control, include the following credit in all programs of productions of their musical as well as the website for the musical: With Inspiration from THE HELLO GIRLS by Elizabeth Cobbs, © 2017. All Rights Reserved."

In the Letter, you ask that Ms. Cobbs, in exchange for one dollar ($1.00), amend the Agreement by agreeing and acknowledging that she has no intellectual property interests in the Musical and that you are not obligated to provide the previously agreed-upon credit to Ms. Cobbs. Ms. Cobbs respectfully declines your request to amend the Agreement.

First, Ms. Cobbs cannot agree and acknowledge that she has no intellectual property interests in the Musical because the Musical is substantially similar to protectible elements of the Book. Good eyes and common sense instruct that the Musical shares the total concept and overall feel as the Book, and that an ordinary observer would realize that the two works share similarities in theme, characters, plot, sequence, pace, and setting. It is well established that "even in the realm of historical work, and especially in cases involving historical fiction, the right to build on a prior author's work is not absolute." *de Becdelievre v. Anastasia Musical*

1

April 15, 2025

*LLC*, No. 16 CIV. 9471 (AKH), 2018 WL 1633769, at *8 (S.D.N.Y. Apr. 2, 2018) (copyright dispute involving Anastasia, the classic Russian tale adapted into a play, film, and a musical).

Here, building on her experience as both a novelist and a historian -- and utilizing previously unknown, one-of-a-kind sources -- the Book tells the story of the Hello Girls of World War I in a unique fashion that allowed Ms. Cobbs to write what is widely recognized as the first, and definitive, book on The Hello Girls. Whereas previous historical accounts of the telephone operators were brief and institutionally-oriented, Ms. Cobbs wove her story around a key group of personalities and their motivations, adventures, and challenges: Grace Banker, Berthe Hunt, Louise LeBreton, Suzanne Prevot, Ernest Wessen, and Lt. J. Riser. Of the 233 female soldiers who served in France, these are the very same characters that you have chosen to feature in the Musical, highlighting the same women and same experiences in the same storyline order that Ms. Cobbs uses in Chapters 4, 5, 7, 8, 10, and 11 of the Book. Scene after scene in the Musical parallels scenes in the Book, using the same flow, focus, and sometimes wording -- as, for example, when the playwrights place various quotations cited in the book into the mouths of different individuals, only lightly fictionalizing true events. For example, the character of Suzanne Prevot steals Merle Egan's line when a man questions her reason for being on a troop transport ("The same as you, pal,") and Louise LeBreton borrows the line from another soldier, "I would go a thousand times, even though I knew the day I landed in France would be my last!" Like the Book, the Musical highlights the friendship, camaraderie, and good humor of the women (a theme not previously described in historical literature). For example, "Laughter was as instinctive as tears," Ms. Cobbs observes in the Book about the brutal conflict, and you use this same humor by portraying the same antics that Ms. Cobbs brought forward to prove her point. The Book goes beyond these characters and scenes to include other individuals, such as Woodrow Wilson and Merle Egan, but the First Unit of Hello Girls led by Grace Banker is the "star" of the show in the Book, as it is in the Musical. In addition to subject matter, flow, and focus, the Musical expresses the same theme in its closing number "Making History" that the author used to tie her book together in its epilogue: namely, that progress in history is hard-won and every individual is responsible for making a contribution to the continuing "fight for justice," which unfolds gradually as a result of personal relationships and individual perseverance. This inspirational call is not a typical way to end a scholarly book. Ms. Cobbs' epilogue expressed her unique vision as a scholar for thirty years and the author of numerous previous books. The playwrights echo her theme, similarly concluding, "every choice we make, we're making history, shaping and molding it, slowly unfolding it onward ... do you know what side you're on?"

Second, as a practical matter, asking Ms. Cobbs to waive her rights in the Musical and forego the previously agreed upon credit in exchange for a paltry $1.00 was not well-received. If you would like to have a serious discussion about amending the Agreement or otherwise negotiating a deal with Ms. Cobbs concerning her intellectual property rights in the Musical (e.g., as a derivative of the Book), especially in light of your anticipated commercial exploitations of the Musical, then please reconsider what would be an appropriate amount of compensation due to Ms. Cobbs. A fair acknowledgement and accounting for Ms. Cobbs' contributions to the Musical would include, without limitation: (i) in all programs and publicity where you are credited, providing Ms. Cobbs with the credit "Based on the book THE HELLO GIRLS by Elizabeth Cobbs"; (ii) selling copies of the Book at all performances of the Musical

2

April 15, 2025

where related merchandise is offered for sale; and (iii) paying Ms. Cobbs a percentage of gross revenues from exploitations of the Musical and derivatives thereof. As to revenue sharing from exploitations of the Musical, be advised that Ms. Cobbs has a right to monies as a matter of law because the Musical is a derivative of the Book and you therefore do not have any copyright interest in those parts of the Musical that use protectible elements of the Book. Ms. Cobbs, as the original copyright owner in the Book, is the only person who can distribute or otherwise exploit the Musical's non-separable derivative material. *See*, *generally*, Patry on Copyright § 12:22.

If you would like to discuss such terms, then please let me know. In the meantime, Ms. Cobbs trusts that you will comply with the current terms of the Agreement and account to her for exploitations of the Musical in accordance with her copyright interests in the Musical as a derivative of the Book.

This letter is without prejudice to, or waiver of, and of Ms. Cobbs' rights and remedies, including without limitation any and all claims for copyright infringement and/or breach of the Agreement.

 /s/ Jordan Greenberger 
Jordan Greenberger, Esq.

3

April 15, 2025

# **Exhibit 1**



LETTER OF AGREEMENT – December 5, 2019

This letter is to serve as a letter of agreement between Peter Mills and Cara Reichel (collectively "Mills & Reichel"), creators of the musical, THE HELLO GIRLS,  with an address c/o Gurman Agency LLC, 14 Penn Plaza, Suite 1703, New York NY  10122-1701, Att'n:  Susan Gurman *Agent*, (susan@gurmanagency.com) and Elizabeth Cobbs, author of the book also entitled THE HELLO GIRLS, with address 10465 Russell Road, La Mesa, CA 91941  (cobbs@tamu.edu).

Mills & Reichel would like to express their appreciation to Elizabeth Cobbs for her work in bringing the stories of the so-called "Hello Girls" to light.

Mills & Reichel shall, as lies within their control, include the following credit in all programs of productions of their musical as well as the website for the musical:

**"With Inspiration from THE HELLO GIRLS by Elizabeth Cobbs, © 2017. All Rights Reserved."**

If this letter constitutes your entire understanding of our agreement, please sign and you will receive one fully-executed agreement in return.

| *Peter C. Mills* | Dec 9, 2019 | *Elizabeth Cobbs* | Dec 12, 2019 |
| Peter C. Mills (Dec 9, 2019) | | Elizabeth Cobbs (Dec 12, 2019) | |
| Peter C. Mills | Date | Elizabeth Cobbs | Date |

*Cara Reichel*  Dec 9, 2019

Cara Reichel            Date

# HELLO_GIRLS_Inspiration_LOA_1205-2019-2

Final Audit Report                                                                 2019-12-12

| | |
|---|---|
| Created: | 2019-12-05 |
| By: | Susan Gurman (susan@gurmanagency.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA4B5NAHjqwEfOBdrNaSyze26XCGt1oRbm |

## "HELLO_GIRLS_Inspiration_LOA_1205-2019-2" History

Document created by Susan Gurman (susan@gurmanagency.com)
2019-12-05 - 6:43:37 PM GMT- IP address: 72.226.98.203

Document emailed to Peter C. Mills (petemills2@gmail.com) for signature
2019-12-05 - 6:44:44 PM GMT

Email viewed by Peter C. Mills (petemills2@gmail.com)
2019-12-05 - 7:22:45 PM GMT- IP address: 66.102.8.208

Document e-signed by Peter C. Mills (petemills2@gmail.com)
Signature Date: 2019-12-09 - 11:17:19 PM GMT - Time Source: server- IP address: 74.71.240.105

Document emailed to Cara L. Reichel (caraloelle@aol.com) for signature
2019-12-09 - 11:17:20 PM GMT

Email viewed by Cara L. Reichel (caraloelle@aol.com)
2019-12-09 - 11:18:21 PM GMT- IP address: 98.139.133.172

Document e-signed by Cara L. Reichel (caraloelle@aol.com)
Signature Date: 2019-12-09 - 11:19:45 PM GMT - Time Source: server- IP address: 74.71.240.105

Document emailed to Elizabeth Cobbs (cobbs@tamu.edu) for signature
2019-12-09 - 11:19:47 PM GMT

Email viewed by Elizabeth Cobbs (cobbs@tamu.edu)
2019-12-10 - 5:00:58 PM GMT- IP address: 66.249.84.218

Document e-signed by Elizabeth Cobbs (cobbs@tamu.edu)
Signature Date: 2019-12-12 - 4:11:25 PM GMT - Time Source: server- IP address: 184.169.45.4

2019-12-12 - 4:11:25 PM GMT



POWERED BY
Adobe Sign