# EXHIBIT 12

 **Crowell**

**Joachim B. Steinberg**
JSteinberg@crowell.com
(415) 365-7461  direct

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
+1.415.986.2800  main
+1.415.986.2827  fax

May 13, 2025

**VIA E-MAIL**

Jordan Greenberger
Firestone Greenberger
14 Penn Plaza, 9th Floor
New York, NY 10122

**Re:**     The *Hello Girls* **Musical**

Mr. Greenberger:

We write in response to your letter of April 15, 2025 sent on behalf of Elizabeth Cobbs to our clients Peter Mills and Cara Reichel. In that letter, you refer to a January 9, 2025 letter from Peter Mills and Cara Reichel to Ms. Cobbs. So that all of us are on the same page, we have attached that letter, as well as the correspondence that followed it, as Exhibit A.

We disagree with your characterization of Mr. Mills's and Ms. Reichel's original promise to credit Ms. Cobbs for any inspiration for *The Hello Girls* Musical as anything but an unenforceable act of goodwill. We also do not believe that Ms. Cobbs has any intellectual property rights in *The Hello Girls* Musical. But those questions are now irrelevant, as the statute of limitations for any claim for copyright infringement has long since passed. As Ms. Cobbs points out in her correspondence with Mr. Mills and Ms. Reichel, she first saw *The Hello Girls* Musical in 2018. *See* Ex. A at 6 (March 6, 2025 email) Copyright claims have a three-year statute of limitations. 17 U.S.C. § 507(b). If Ms. Cobbs was concerned that *The Hello Girls* Musical infringed her book, the time to raise those concerns was then, not now. *See, e.g.*, *Kregos v. Associated Press*, 3 F.3d 656, 661 (2d Cir. 1993).

Nor can Ms. Cobbs claim that she only just learned of the alleged similarities; seeing *The Hello Girls* Musical was enough to trigger the clock for the statute of limitations. *See PK Music Performance, Inc. v. Timberlake*, 2018 WL 4759737, at *8 (S.D.N.Y. Sept. 30, 2018) (claim accrued when plaintiff heard the allegedly infringing song); *McGlynn v. Sinovision Inc.*), 2024 WL 643021, at *5 (S.D.N.Y. Feb. 15, 2024) (claim accrued when plaintiff saw infringing photograph on defendant's website); *Fioranelli v. CBS Broad. Inc.*, 551 F. Supp. 3d 199, 250 (S.D.N.Y. 2021) (plaintiff had actual knowledge of infringement when he saw allegedly infringing footage). And Ms. Cobbs admits that she knew of the similarities she now asserts. *See* Ex. A at 2 (February 20, 2025 email) ("I noticed when I saw the play live on 59th in 2018 that many of your scenes, characters, and themes followed the facts established in my book quite precisely."); *see also id.* at 6 (March 6, 2025 email) ("I was concerned after I saw your play in November 2018 that a great deal of material was drawn chiefly from my book. My Harvard editor, sitting in the audience, asked why I was not credited in the program, as she was deeply familiar with my pioneering research.").

**Crowell**

But even if Ms. Cobbs's claim were not time-barred, she would still not have a serious claim for copyright infringement, because historical facts are discovered, not created. *New York Mercantile Exch., Inc. v. IntercontinentalExchange, Inc.*, 497 F.3d 109, 114 (2d Cir. 2007) ("The first person to find and report a particular fact has not created the fact; he or she has merely discovered its existence. . . . [t]he 'discoverer' of a scientific fact as to the nature of the physical world, an historical fact, a contemporary news event, or any other 'fact,' may not claim to be the 'author' of that fact..."); *Walker v. Time Life Films, Inc.,* 784 F.2d 44, 49 (2d Cir. 1986) ("protection in this circuit does not extend to facts or to true events, even if they are discovered through original research."). Thus, none of the elements allegedly taken from her work are protectable under the Copyright Act. Unlike *de Becdelievre v. Anastasia Musical LLC*, 2018 WL 1633769, at *8 (S.D.N.Y. Apr. 2, 2018), in which the work was historical fiction, Ms. Cobbs's work is non-fiction and historical facts are not protectable. *Hoehling v. Universal City Studios, Inc.*, 618 F.2d 972, 980 (2d Cir. 1980) ("[H]istorical facts, themes, and research have been deliberately exempted from the scope of copyright.")

Finally, while you try to characterize the December 5, 2019 "Letter of Agreement" as enforceable contract, it is merely a gratuitous promise, made without consideration. *See, e.g.*, *Startech, Inc. v. VSA Arts*, 126 F. Supp. 2d 234, 236-37 (S.D.N.Y. 2000); *Annabi v. New York Univ.*, 2024 WL 4252062, at *13 (S.D.N.Y. Sept. 20, 2024), *aff'd,* 2025 WL 1066083 (2d Cir. Apr. 9, 2025) (granting motion to dismiss breach of contract claim where it was clear from the terms of the contract that the promise was gratuitous). While it does not reflect any legal obligation on their part, the Letter of Agreement does show that Ms. Reichel and Mr. Mills have always been willing to help spread the word about Ms. Cobbs's tremendous effort in bringing the story of the Hello Girls to the public. They remain willing to do so and are willing to discuss opportunities, including those outlined in your April 15, 2025 letter, but they will not agree to your demand that Ms. Cobbs is entitled to revenue from *The Hello Girls* Musical.

Please direct all future communications regarding this dispute, including communications to Mr. Mills and Ms. Reichel to my attention. Finally, this letter serves a formal demand for Ms. Cobbs to preserve all documents related to her claims, including emails, texts, and ephemeral media. We look forward to discussing these matters further in order to reach an amicable resolution.

Very truly yours,

Joachim B. Steinberg

# EXHIBIT A

FROM:   Peter Mills and Cara Reichel
        c/o Gurman Agency LLC (Attn: Susan Gurman)
        14 Penn Plaza
        Suite 1407
        New York
        NY 10122-1405
        (susan@gurmanagency.com)

TO:     Elizabeth Cobbs
        10465 Russell Road
        La Mesa
        CA 91941
        (cobbs@tamu.edu)

January 9, 2025

Dear Elizabeth,

We are writing regarding the letter between us signed and dated December 5, 2019 (the **Original Letter**).

In order to allow for the full use of all rights in the stage musical THE HELLO GIRLS (the **Musical**) by us, We (Cara & Pete) would like to amend the Original Letter so it's clear that we own the copyright for the Musical.

In consideration of $1, the receipt and sufficiency of which is hereby acknowledged, You agree:

1. You have no ownership or interest in the copyright and/or other intellectual property or interest of any other kind in or to the Musical and undertake not to assert or otherwise bring any claim with respect to the ownership of any element of the Musical; and

2. You agree for the avoidance of doubt that we will not be obliged to include the credit for your original book, also titled THE HELLO GIRLS, that is referenced in the Original Letter, when productions of the Musical are presented by third parties under licence from us.

We continue to have a deep appreciation for your work in bringing the history of the Hello Girls to light. When possible, we will include a thank you in the program/playbill.

This letter shall be governed by the laws of the state of New York and the parties agree to submit to the non-exclusive jurisdiction of the courts of New York.

Please counter-sign below to confirm your agreement to the foregoing.

Sincerely,


_____                          _____

Peter Mills                                     Cara Reichel


_____

Elizabeth Cobbs

Case 1:25-cv-06626-JAV-RFT Document 1-12 Filed 08/12/25 Page 6 of 13

 **Gmail**

Peter Mills <petemills2@gmail.com>

---

## Reliance of HG Musical on Original Book by Cobbs

2 messages

---

**Elizabeth Cobbs** <cobbs@tamu.edu>　　　　　　　　　　　　　　Thu, Feb 20, 2025 at 12:17 PM
To: Cara Reichel <caraloelle@aol.com>, Peter Mills <petemills2@gmail.com>
Cc: "Mark D. Sendroff" <msendroff@sendroffbaruch.com>, Barry Krost <Barry@barrykrost.net>, susan@gurmanagency.com

Dear Cara and Peter,

Hello, again! Barry Krost recommended that I contact Mark Sendroff, an attorney familiar with theatrical rights. (Barry handles film rights.) After discussions with Mark and Barry, I've come to a better understanding of the situation.

I noticed when I saw the play live on 59th in 2018 that many of your scenes, characters, and themes followed the facts established in my book quite precisely. This was confirmed for me when I obtained a copy of your script last week from Theatrical Rights Worldwide. Below are some of the instances I saw, not including additional elements drawn from the Banker diary that I located in New Hampshire, such as the death of Banker's father, the alarm clock trick on Lt. Riser, and the person of Riser himself, otherwise unmentioned anywhere in print, that I know. None of the items listed below came from Banker's diary, nor are they in the ATT archives or in Circuits of Victory, that I'm aware. The following page numbers refer to: the page in your script, the textual page in my book, and the page in my footnotes. I have hard copies of all source documents in my files. They are the result of my personal research trips to Seattle, Sausalito, St. Louis, Washington, D.C., New York City, San Antonio, Boston, and College Park, Maryland.

1) Grace Banker reveals, "I was a double major--French and History." (pp. 11/114/329: info obtained from Barnard College Archives, NYC)

2) The character of Wessen, "a reservist." (pp. 12/76/322: info from correspondence files of Merle Egan in private possession of Mark Hough, Seattle, later accessioned by the National World War One Museum in Kansas City)

3) Bertha Hunt reveals "Rube and I don't have children," and other scenes where she discusses him. (pp. 16/102/327: info from Bertha Hunt Diary in private possession of Mark Hough, Seattle)

4) Louise LeBreton lies about her age. (17/88/324: info from LeBreton "My Experiences" in possession of her nephew Matt Herron, Sausalito, and taped interview transcribed by Cobbs at Stanford)

5) Girls get in trouble (actually Unit Two) for playing piano for male soldiers while awaiting embarkation. (31/110/328: info from National Archives, College Park MD, File group 111)

6) Suzanne Prevot (the real person was Merle Egan) tells a soldier aboard ship who asks *"why are you in that uniform"*: *"The same as you, pal. We came to fight."* (pp. 34/139/332: info from Egan Memoir in possession of Matt Herron, Sausalito)

7) Banker is unsuccessfully pumped by an Army intel officer to break her: (pp. 37/106/328: info from Archives of the Army Heritage Center, Carlisle Barracks, PA)

8) Louise LeBreton gets in trouble for breach of protocol: (pp. 57/180/336: info from various correspondence in Herron files, Sausalito)

9) Bertha Hunt's illegal diary is revealed (of which Banker was not aware). (pp. 121/108/328, Hunt Diary in Hough Files, Seattle)

10) Discussion of "civilian contractors," 26 million phone calls, and 33 women who survived to receive recognition: (pp. 121-123/160, 301: Chief Signal Officer Report, National Archives, DC branch; Hough correspondence 1977, Seattle; US Army Records at NARA in College Park, File Group 111; and, U.S. Senate Hearings, 1977)

11) Lastly, the theme of your closing number "History" strongly echoes my epilogue. Your characters sing: "the struggle has just begun . . . because of things you've done others will follow and they will go further . . we're making and shaping history. . . slowly unfolding it onward . . . With the lines of battle drawn, do you know which side you're on? . . . Every person here is making history." (pp. 123-124)

I wrote about the nature of history:

"The experience of the Hello Girls reveals general characteristics of twentieth century reform. . . Every woman who served during World War One added momentum to the forward movement . . . all played a part . . .The battle for justice advanced . . .The pursuit of justice in one arena (or nation) tended to speed its attainment in others . . . The fight for justice continues." (pp. 3-4-307). Honestly, when I heard your tune sung in 2018, I thought with a thrill, "They've put my conclusion to music!"

Based on the above, I hope we can arrive at a customary underlying rights arrangement so that I can avoid challenging your production plans. I am a supporter, and wish to remain so.

With sincere respect, as always,

Lisa

Elizabeth A. Cobbs, Ph.D.
Emerita, San Diego State University
Twitter, Facebook, Website



 **Gmail**

Peter Mills <petemills2@gmail.com>

## Reliance of HG Musical on Original Book by Cobbs

Cara Reichel <caraloelle@aol.com>                                    Tue, Mar 4, 2025 at 12:06 PM
Reply-To: Cara Reichel <caraloelle@aol.com>
To: Peter Mills <petemills2@gmail.com>, Elizabeth Cobbs <cobbs@tamu.edu>
Cc: "Mark D. Sendroff" <msendroff@sendroffbaruch.com>, Barry Krost <barry@barrykrost.net>, "susan@gurmanagency.com" <susan@gurmanagency.com>

Dear Lisa,

We hope this finds you doing well! I'm sorry it has taken us a moment to reply, but Pete and I are writing to respond thoughtfully and respectfully to your February 20, 2025 email below.   We were surprised to receive your email because as you acknowledge, you first saw *The Hello Girls* musical in 2018 and are only now—well over six years later—raising these concerns.

We are also surprised because you have never claimed to hold an exclusive right to any of the facts used in the musical. Your email emphasizes the work that you put in to discover facts, including your research trips to review source material. While we are hugely grateful for the role you have played in bringing the "Hello Girls" stories to light – and we have consistently recognized your efforts and work – no one is allowed to copyright facts. Nor is the amount of work done a measure of copyright.

One example in your email, which illustrates this clearly, is that the character Wessen was a "reservist." As you acknowledge in the email, you learned this from another source, rather than creating it yourself. In other words, that Wessen was a reservist is not your creative expression, but a historical fact, and one which others are allowed to make use of.

Just as you drew historical information from other sources, we did the same when writing *The Hello Girls* musical. We relied on numerous primary sources, including Bell Telephone publications, Grace Banker's diary (a copy of which was provided to us by Carolyn Timbie, with permission from her father) and documents and artifacts viewed on a visit to AT&T's Historical Archives.

For many of the facts that you say only appear in your book, we have also sourced this historical information elsewhere. As one specific example, the story you mention in point seven in your email can also be found in Susan Zeiger's book *In Uncle Sam's Service* published in 1999, which details the same firsthand account told by Grace Banker. There are also other published and online sources which share Louise LeBreton's firsthand accounts of her underage status and protocol breach (Lettie Gavin's 1997 *They Also Served*, and "J'Ecoute…" on Eric Saul's website.)

*The Hello Girls* musical also includes scenes, dialogue, and characters that differ from the historical record for creative reasons. We took artistic liberties with historical facts to create a cohesive narrative for the work. For example, you wrote that "the person of Riser himself" is "otherwise unmentioned anywhere." Lieutenant J. W. Riser is a historical figure that was discussed in your book. Our character, Lieutenant Joseph W. Riser, is distinct from the historical figure J. W. (James William) Riser. While both the historical and imagined Lieutenant Risers were present at Chaumont, our character Lieutenant Riser was also present at recruitment, training, the Atlantic crossing, Paris, and the front—which is not true of the historical figure you wrote about, who is also mentioned in Grace Banker's diary. Many aspects of the character of our Lieutenant Riser were inspired by other historical figures, including Lieutenant Ernest Wessen and Colonel Parker Hitt. We took inspiration from the historical facts and then created our own character, taking creative

liberties throughout the process. The concept for this leading male character was present in our earliest outlines and proposals for the show in 2016.

Regarding your comments on our original song "Making History", this is also our own creative expression inspired by the facts of Grace Banker's service, the lack of recognition she and the other women received, and the arc of social progress since. These are themes addressed throughout our musical, not only in the final song.  As you demonstrate with your quoted material, the song's lyric and your conclusions are different.  The broad concept of how change happens and society progresses incrementally over time is a theme many have also put forward in other contexts.

Based on the above reasons, we do not agree that we need to license any rights from your non-fiction book, The Hello Girls, for our musical, *The Hello Girls*.

However, we have always been committed to uplifting your book and the extraordinary work you have done to share the history of the women of the Army Signal Corps. Over five years ago, in 2019, we signed a Letter of Agreement to give credit to you for the inspiration your book provided. Our intent to honor your work hasn't changed, and we hope to have many more opportunities to do so, and to share this important history which we all care about deeply.

We remain open to discussion about how we can best work together as we continue to share this story, while being clear about the legal copyright distinctions between our two works of the same title.

All Best,
Cara & Pete (Peter Mills)


--------

*In celebration of Prospect's 25th Year we have re-branded as* **Prospect Musicals**
*(www.ProspectMusicals.org).*

**CARA L. REICHEL**
**Producing Artistic Director, Prospect Musicals**
Cara@ProspectMusicals.org OR caraloelle@aol.com
*(emails feed to same account)*
CaraReichel.com (Director + Writer + Educator)
she / her | cell: 646-286-7564


[Quoted text hidden]

 Gmail

**Peter Mills <petemills2@gmail.com>**

## My Underlying Rights in HG Musical

**Elizabeth Cobbs** <cobbs@tamu.edu>        Thu, Mar 6, 2025 at 2:04 PM
To: Cara Reichel <caraloelle@aol.com>, Peter Mills <petemills2@gmail.com>
Cc: "Mark D. Sendroff" <msendroff@sendroffbaruch.com>, susan@gurmanagency.com, Barry Krost <Barry@barrykrost.net>

Dear Cara and Pete,

Thanks for your reply. As I now understand the law, a non-fiction author <u>does</u> have underlying rights if a playwright uses facts for which their only source was the author's book. Many of the facts in your play come from sources I personally discovered and made public, including the Hunt and Banker diaries, Egan correspondence, and HG military records in the National Archives. The U.S. Army Signal Corps Association awarded me the rank of Brevet Colonel precisely for unearthing a true story that had been nearly lost to posterity.

I was concerned after I saw your play in November 2018 that a great deal of material was drawn chiefly from my book. My Harvard editor, sitting in the audience, asked why I was not credited in the program, as she was deeply familiar with my pioneering research. You represented to me at the time that you were a nonprofit theatre troupe working on a tight budget. I wished to support your creative efforts, and did not have a script on which to challenge your claim that the play consisted <u>entirely</u> of material discovered by <u>you</u> in primary sources. Now that I do have a copy, I see many spots where you rely on my book. I've pointed out several and can point to more.

Why are we talking about this seven years later? You are now proposing a for-profit, commercial production, and I have been advised that I do have intellectual property rights.

If you choose to proceed without me, I will be pursuing my rights and, out of necessity, be in touch with all venues that announce intentions to produce your play.

Lisa

Elizabeth A. Cobbs, Ph.D.
Emerita, San Diego State University
Twitter, Facebook, Website



*Belknap Press (Harvard), 2023*

*Available in print and audio from all major booksellers*

Case 1:25-cv-06626-JAV-RFT    Document 1-12    Filed 08/12/25    Page 12 of 13

 **Gmail**

**Peter Mills <petemills2@gmail.com>**

---

## My Underlying Rights in HG Musical

---

**Cara Reichel** <caraloelle@aol.com>                                             Fri, Mar 14, 2025 at 9:30 AM
Reply-To: Cara Reichel <caraloelle@aol.com>
To: Peter Mills <petemills2@gmail.com>, Elizabeth Cobbs <cobbs@tamu.edu>
Cc: "Mark D. Sendroff" <msendroff@sendroffbaruch.com>, "susan@gurmanagency.com" <susan@gurmanagency.com>,
Barry Krost <Barry@barrykrost.net>, Preetha Chakrabarti <pchakrabarti@crowell.com>, Joachim Steinberg
<jsteinberg@crowell.com>, Anna Saber <asaber@crowell.com>

Dear Lisa,

Thank you for your email, and we are happy to continue this discussion. We want to again express our deep admiration for your work as both a historian and advocate for the Hello Girls' story, and hope we can move forward with continued collegial respect.

Pete and I have also diligently sought guidance from those with expertise in this area. Our understanding of copyright law is different from yours. Facts may be discovered, but facts themselves cannot be copyrighted. While an author may have rights in the creative expression of those facts, anyone else can use those same facts to make new creative works. This is true whether an author was the first person to discover the fact, or if the author relied on other primary sources for the facts.

Also, as you acknowledge, you saw the show in 2018 and we also provided you access to video and audio documentation of the work in the months following. If you had reason to believe that we had infringed on your intellectual property rights, the time to raise those issues has long since passed.

On this email, we are copying our copyright lawyers -- Preetha Chakrabarti, Joachim Steinberg, and Anna Saber from Crowell & Moring. We think a conversation between our lawyers and yours would be the most helpful next step to get everyone on the same page, and allow us to discuss ways to cross-promote. We have tried to appropriately credit your contributions to the field and bring attention to your book when possible, and hope to be able to continue doing so, as we want to find every avenue for people to engage with this story.

On another note, Pete and I are looking forward to the ceremony honoring the Hello Girls next week at the Military Women's Memorial, and to the opportunity to honor the women whose lives and service have been an inspiration to all of us. We assume we will see you there!

All the Best,
Cara & Pete


--------


*In celebration of Prospect's 25th Year we have re-branded as **Prospect Musicals**
([www.ProspectMusicals.org](www.ProspectMusicals.org)).*

**CARA L. REICHEL**
**Producing Artistic Director, Prospect Musicals**
Cara@ProspectMusicals.org OR [caraloelle@aol.com](caraloelle@aol.com)
*(emails feed to same account)*
[CaraReichel.com](CaraReichel.com) (Director + Writer + Educator)
she / her | cell: 646-286-7564

Case 1:25-cv-06626-JAV-RFT    Document 1-12    Filed 08/12/25    Page 13 of 13

[Quoted text hidden]