UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARA REICHEL, et al.,

                        Plaintiffs,

            -against-

ELIZABETH COBBS,

                        Defendant.

25-CV-6626 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A status conference was held on November 25, 2025. As discussed at the conference, the parties shall submit a joint letter on the docket by **December 5, 2025** indicating whether they consent to a voluntary transfer of this case to the United States District Court for the Southern District of California and, if they do not, whether they consent to a stay of discovery until this Court renders a decision on the pending motion to dismiss (ECF 12).

DATED:  November 25, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge