December 4, 2025

**VIA ECF**

Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Cara Reichel and Peter Mills v. Elizabeth Cobbs,* No. 1:25-cv-06626-JAV-RFT

Dear Magistrate Judge Tarnofsky,

Counsel for Plaintiffs Cara Reichel and Peter Mills and Defendant Elizabeth Cobbs have conferred and submit this joint letter in response to the Court's November 25, 2025 Order (ECF No. 30). Plaintiffs do not agree to a voluntary transfer to the Southern District of California and ask this Court to decide Defendant's motion on its merits. However, the Parties do jointly consent to stay discovery until the Court issues a decision on the pending Motion to Dismiss (ECF No. 12).

We thank the Court for its consideration of this matter.

Respectfully,

*/s/ Joachim B. Steinberg*
Joachim B. Steinberg
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel. (415) 986-2800
jsteinberg@crowell.com

Attorney for Plaintiffs

*/s/ Jordan Greenberger*
Jordan Greenberger
Firestone Greenberger
104 West 40th Street, 4th Fl.
New York, NY 10018
Tel. (212) 597-2255
jg@firegreenlaw.com

Attorney for Defendant